AO91 (Rev. 12/03) Criminal Complaint                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:20-po-02827 |

Angel Isidro ANDINO-Martinez
IAE
Honduras 1990

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 28, 2020** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Angel Isidro ANDINO-Martinez was encountered by Border Patrol Agents near Pharr, Texas on February 28, 2020. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on February 28, 2020 by rafting across the Rio Grande River near the Pharr, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to
And attested to telephonically per FRCP 4.1,
And probable cause found on:

~~Sworn to before me and signed in my presence,~~

February 29, 2020   @ 2:31 pm
Date

Juan F Alanis          Magistrate Judge
Name of Judge         Title of Judge

/S/ Diaz, Jose  Border Patrol Agent
Signature of Complainant

Diaz, Jose   Border Patrol Agent
Printed Name of Complainant

at   McAllen, Texas
     City/State

Signature of Judge